UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00129 |
| | ) | JUDGE CAMPBELL |
| EDDIE GLEN JONES | ) | |

ORDER

Pending before the Court is a Motion to Extend Time for Filing of Pretrial Motions (Docket No. 21). The Motion is GRANTED.

The deadline for filing any pretrial motion is extended to October 5, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE