UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00129 |
| | ) | JUDGE CAMPBELL |
| EDDIE GLEN JONES | ) | |

## ORDER

Defendant Jones, pro se, has filed various documents regarding the Presentence Report; see e.g., docket numbers 28, 29, 29-1, and 29-2. Defendant Jones is represented by counsel. Accordingly, all objections to the Presentence Report contained in Defendant's pro se filings are denied without prejudice to being filed by counsel. The pro se filings will be fully considered by the Court as part of the Defendant's right of allocution.

The Government's Motion to Reset Sentencing Hearing (Docket No. 31) is GRANTED. The sentencing hearing is RESCHEDULED for March 22, 2013, at 9:00 a.m. The deadline for filing objections, positions, and motions is extended to March 15, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE